NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


NANCY MARGREY,                         )
                                       )
            Appellant,                 )
                                       )
v.                                     )          Case No.  2D16-355
                                       )
FLORIDA INSURANCE GUARANTY             )
ASSOCIATION, INSURER FOR               )
HOMEWISE PREFERRED                     )
INSURANCE,                             )
                                       )
            Appellee.                  )
_____)

Opinion filed May 10, 2019.

Appeal from the Circuit Court for
Hillsborough County; Paul L. Huey,
Judge.

Robert E. Biasotti and Christine R.
O'Neil of Biasotti and Associates, St.
Petersburg, for Appellant.

Dorothy V. DiFiore and Karen M.
Shimonsky of Quintairos, Prieto, Wood
& Boyer, Tampa, for Appellee.


PER CURIAM.


            Affirmed.


NORTHCUTT, KELLY, and MORRIS, JJ., Concur.